UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DEAN ALLEN SNOW,<br><br>      Petitioner,<br><br>vs.<br><br>LAWRENCE COUNTY JAIL,<br><br>      Respondent. | 5:25-CV-05015-KES<br><br>ORDER DIRECTING MOVANT TO FILE A COMPLETED § 2254 FORM |

  Petitioner, Dean Allen Snow, filed a Habeas Corpus Action. (Doc. 1). If Snow is alleging a habeas corpus action in federal court, he must comply with the District of South Dakota's Civil Local Rules of Practice. The District of South Dakota's Civil Local Rules of Practice require that a § 2254 motion be "legibly written or typewritten on forms prescribed by the court and in accordance with the instructions on forms prescribed by the court[.]" D.S.D. Civ. LR 83.8.A. Snow's motion does not conform with the local requirements. Because of the ambiguity in Mr. Snow's pleadings, this court is unable to determine which conviction Mr. Snow is seeking to challenge through the pending petition. Accordingly, it is

  ORDERED that the Clerk of Court shall provide to Snow the § 2254 form prescribed by the District of South Dakota, along with the instructions. It is further

  ORDERED that Mr. Snow shall file with this court an amended 28 U.S.C.

§ 2254 habeas petition on or before **April 27, 2025.** It is further

ORDERED that Mr. Snow shall use the "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by Person in State Custody" form when submitting his amended petition. It is further

ORDERED that Mr. Snow's petition shall clearly denote if a formal appeal was filed from the conviction specified. It is further

ORDERED that Mr. Snow's petition shall clearly denote if a state habeas petition was filed with the conviction specified. It is further

ORDERED that Mr. Snow is hereby put on notice that failure to comply with the terms of this Order may result in dismissal of his pending habeas petition.

Dated this 27th day of March, 2025

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge